UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR124-030 |
| | ) |
| TAVARE VASHAWNE RAGIN | ) |

### ORDER ON MOTION FOR LEAVE OF ABSENCE

**Holly G. Chapman** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Holly G. Chapman** be granted leave of absence for the following periods: October 18, 2024 through October 29, 2024.

**ORDERED**, this the 5th day of September, 2024.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA